## DIVIDENDS REMITTED TO THE COURT

Case Number 10-15460 - MAJEWSKI, DANIEL A.

| Creditor | Claim No. | | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| ILLUMINATING COMPANY BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141 | 000006 | *CK # 108.* | 37.91 | 0.70 |
| Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | 000010 | *CK.# 112.* | 95.17 | 1.75 |
| Remittance Total | | | 133.08 | 2.45 |

*Receipt # 152496.*

_____
LAUREN A. HELBLING, Trustee

FILED 11 JUN 14 PM 12:48
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND